UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| LORI LYNN GRAFF,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  3:10-CV-05512-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based upon the Stipulated Motion by Defendant (ECF No. 13) and with no objection from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a Response to Plaintiff's Opening Brief on or before January 3, 2011;

- Plaintiff shall file the Optional Reply Brief on or before January 17, 2011; and

- Oral argument, if desired, shall be requested by January 24, 2011.

DATED this 2nd day of December 2010.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1      ORDER - [3:10-CV-05512-JRC]