# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LORI LYNN GRAFF,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  C10-05512JRC

____  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand entered on December 16, 2010.

Dated this 16th day of December, 2010.

                                            WILLIAM M. MCCOOL
                                                         Clerk

                                        /s/ *Sandra E. Claggett*
                                        Deputy Clerk