UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **LORI LYNN GRAFF,** | Civil No. 10-5512 JRC |
| Plaintiff, | **ORDER FOR EAJA FEES, COSTS & EXPENSES** |
| vs. | |
| **MICHAEL J. ASTRUE, COMMISSIONER of Social Security,** | |
| Defendant. | |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judges' Rule MJR 13. (<u>See also</u> Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 3; Consent to Proceed Before a United States Magistrate Judge, ECF No. 7.) This matter is before this Court on parties' Agreed Motion for Attorney's Fees Pursuant to EAJA. (ECF No. 19.)

Based on the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, plaintiff's EAJA petition and the assignment of EAJA fees to plaintiff's attorney by plaintiff, it is hereby ORDERED that EAJA attorney's fees of $4,785.14 and expenses of $17.13 for service by certified mail and costs of $350.00 for the filing fee, for a **total of $5,152.27** shall:

Order for EAJA Fees- 10-5512- page 1

1)      Be awarded to Plaintiff pursuant to <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (2010) and delivered to plaintiff's counsel, Rosemary B. Schurman; however,

2)      If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees and pay EAJA fees and expenses directly to Rosemary B. Schurman.

Dated this 11th day of January, 2011

J. Richard Creatura
United States Magistrate Judge